BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-315 JAM |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS COUNTS 43 THROUGH 50 OF THE SUPERSEDING INFORMATION AS TO DEFENDANTS WOODARD AND LLAMAS AND [PROPOSED] ORDER |
| v. | |
| PETER WOODARD, AND MICHAEL LLAMAS, | |
| Defendants. | |

The United States of America, through its attorney of record, Assistant United States Attorney Paul A. Hemesath, hereby moves for an order dismissing counts 43 through 50 in the superseding indictment, against defendants PETER WOODARD and MICHAEL LLAMAS pursuant to Federal Rule of Criminal Procedure 48(a).

On May 30, 2013, a grand jury charged defendants LEE LOOMIS, JOHN HAGENER, DARREN FEHST, MICHAEL LLAMAS, PETER WOODARD, JOSEPH A. GEKKO, and DAWN C. POWERS by superseding indictment with charges of mail and wire fraud, as well as forfeiture allegations. Since that time, HAGENER and POWERS have pleaded guilty to certain of those charges. The Court has set an October 6, 2014, trial date for the rest of the defendants. LEE LOOMIS is currently incarcerated at the Nevada County Jail. All other defendants are on pre-trial release.

In the interest of streamlining the trial, the government hereby moves the Court to dismiss Counts 43 through 50 in the superseding indictment as to PETER WOODARD and MICHAEL

LLAMAS only. Those counts shall remain active as to the other defendants listed for those counts. Furthermore, counts 1 through 42, are unaffected by this motion, and should remain unchanged.

Dated: May 29, 2014

BENJAMIN B. WAGNER
United States Attorney

By: /s/ PAUL A. HEMESATH
PAUL A. HEMESATH
Assistant United States Attorney

## [~~PROPOSED~~] FINDINGS AND ORDER

In light of the government's motion, Counts 43 through 50, as set forth in the superseding information, are hereby DISMISSED as to PETER WOODARD and MICHAEL LLAMAS only. Counts 43 through 50 shall remain active as to the remaining defendants. Furthermore, all other counts in the superseding indictment shall remain active and unchanged.

June 2, 2014

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE