**MICHAEL PANCER**
California State Bar No. 43602
The Senator Building 4th Floor
105 West "F" Street
San Diego, California 92101
Telephone: (619) 236-1826

**GUADALUPE VALENCIA**
California Bar No. 197831
The Senator Building 3rd Floor
105 West "F" Street
San Diego, California 92101
Telephone: (619) 232-2588

Attorneys for Mr. Michael Llamas

FILED

JUN 0 2 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   Case No. 2:12-CR-0315-JAM
　　　　　　　　　　Plaintiff.        )
　　　　　　　　　　　　　　　　　　　)   STIPULATION REGARDING
v.                              )   BRIEFING SCHEDULE AND
　　　　　　　　　　　　　　　　　　　)   EXCLUDABLE TIME PERIODS
　　　　　　　　　　　　　　　　　　　)   UNDER SPEEDY TRIAL ACT;
MICHAEL LLAMAS,                 )   [PROPOSED] FINDINGS AND
　　　　　　　　　　Defendant.        )   ORDER
　　　　　　　　　　　　　　　　　　　)   Date: July 22, 2014
　　　　　　　　　　　　　　　　　　　)   Time: ~~9:00 a.m.~~ 1:30 PM

STIPULATION

The undersigned parties, by and through their counsel of record, hereby stipulate as follows:

1. By previous order on November 12, 2013, the Court set this matter for trial to begin on October 6, 2014. In addition, the Court set the following briefing pre-trial briefing schedule: Defense motions due June 3, 2014; government oppositions due June 24, 2014; and defense replies due July 8, 2014. The Court also set a motion hearing (if necessary) for August 5, 2014, at 1:30 p.m.

2. Defendants now move to: (1) change the motion hearing date to July 22, 2014; (2) change the briefing schedule so that defense motions shall be due on June 24, government responses due on July 8, and defense replies due on July 15, 2014, (3) and to exclude time between November 12, 2013 and July 22, 2014, under Local Codes T2 and

1  T4, and from the date defense files pre-trial motions (June 24, 2014) through July 22,

2  2014, under Local Code E.

3      3. The parties agree and stipulate, and request that the Court find the following:

4      a) One of the motions requests that the Courts and defendants be severed from each

5  other.  This may substantially affect both sides in terms of strategy and preparation.
   Therefore an earlier disposition date will aid the parties in determining whether to go and

6  how to prepare for trial.

7      b) Attorneys for defendants believe that failure to grant the above-requested

8  advance in the hearing date would deny them the reasonable time necessary for effective

9  preparation, taking into account the exercise of due diligence.

10     c) Attorneys for defendants represent that they require the time through October 6,

11 2014, to prepare for trial.

12     d) The government does not object to the advancing of the hearing date or the

13 amended briefing schedule.

14     e) Based on the above-stated findings, the ends of justice served by changing the
   hearing date as requested outweigh the interests of the public and the defendant in a trial

15 within the original date prescribed by the Speedy Trial Act.

16     4. Nothing in this stipulation and order shall preclude a finding that other

17 provisions of the Speedy Trial dictate that additional time periods are excludable from the

18 period within which a trial must commence.

19

20     IT IS SO STIPULATED.

21

22 Dated: May 29, 2014                    BENJAMIN B. WAGNER
                                         United States Attorney
                                         S/ *Paul A. Hemesath*
23                                       PAUL A. HEMESATH
                                         Assistant United States Attorney

24

25 Dated: May 29, 2014                    *s/Michael B. Bigelow*
                                         MICHAEL B. BIGELOW
                                         Attorney for Joseph A. Gekko
26

27 Dated: May 29, 2014                    *s/Douglas Beevers*
                                         DOUGLAS BEEVERS
28                                       Attorney for Lee Loomis

1

2  Dated: May 29, 2014                         s/Anthony E. Colombo Jr.
                                              ANTHONY E. COLOMBO JR.
3                                             Attorney for Peter Woodard

4  Dated: May 29, 2014                         s/Michael N. Pancer
                                              MICHAEL N. PANCER
5                                             Attorney for Michael Llamas

6  Dated: May 29, 2014                         s/Guadalupe Valencia
                                              GUADALUPE VALENCIA
7                                             Attorney for Michael Llamas

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

12CR0315-JAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-0315-JAM |
| Plaintiff. | [PROPOSED] FINDINGS AND ORDER |
| v. | |
| MICHAEL LLAMAS, | |
| Defendant. | |

Good Cause Appearing, given the parties stipulation, the Court makes the following findings:

1. By previous order on November 12, 2013, the Court set this matter for trial to begin on October 6, 2014.  In addition, the Court set the following briefing pre-trial briefing schedule: Defense motions due June 3, 2014; government oppositions due June 24, 2014; and defense replies due July 8, 2014.  The Court also set a motion hearing (if necessary) for August 5, 2014, at 1:30 p.m.

2. Defendants have now move to: (1) change the motion hearing date to July 22, 2014; (2) change the briefing schedule so that defense motions shall be due on June 24, government responses due on July 8, and defense replies due on July 15, 2014, (3) and to exclude time between November 12, 2013 and July 22, 2014, under Local Codes T2 and T4, and from the date defense files pre-trial motions (June 24, 2014) through July 22, 2014, under Local Code E.

3. Based upon the parties stipulation the Court also finds:

a) One of the motions requests that the Courts and defendants be severed from each other.  This may substantially affect both sides in terms of strategy and preparation.

Therefore an earlier disposition date will aid the parties in determining whether to go and how to prepare for trial.

b) Attorneys for defendants believe that failure to grant the above-requested advance in the hearing date would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) Attorneys for defendants represent that they require the time through October 6, 2014, to prepare for trial.

d) The government does not object to the advancing of the hearing date or the amended briefing schedule.

e) Based on the above-stated findings, the ends of justice served by changing the hearing date as requested outweigh the interests of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

4. Nothing in this order shall preclude a finding that other provisions of the Speedy Trial dictate that additional time periods are excludable from the period within which a trial must commence.

5.     Consistent with the parties request - the Court finds the following new schedule: (1) the motion hearing date is now July 22, 2014; @ 1:30 Pm only. - (2) briefing schedule is as follows: defense motions shall be due on June 24, government responses due on July 8, and defense replies due on July 15, 2014, (3) time is excluded between November 12, 2013 and July 22, 2014, under Local Codes T2 and T4, and from the date defense files pre-trial motions (June 24, 2014) through July 22, 2014, under Local Code E.


IT IS SO ORDERED.


Dated: June 2, 2014

HONORABLE JUDGE MENDEZ