BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
JARED C. DOLAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>             v.<br><br>LEE LOOMIS, ET AL.,<br><br>                    Defendants. | CASE NO.  2:12-CR-00315-JAM<br><br>STIPULATION REGARDING BRIEFING SCHEDULE<br><br>Date: July 22, 2014<br>Time 9:45 a.m.<br>Judge: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1.     By previous order, the Court set the hearing date for pre-trial motions for July 22, 2014. Motions were due by June 24, 2014; responses are due by **July 8, 2014**; and replies are due by July 15, 2014.

2.     By this stipulation, the government moves to continue the due date for responses to motions indicated by docket numbers 163 (motion to sever), 167 (motions for: discovery matters, bill of particulars and continuance), and 168 (motions for dismissal and suppression) until **July 11, 2014** (from July 8).  Those motions were filed by defendants WOODARD and LLAMAS.

3.     This stipulation does not relate to motions relating to docket numbers 164 or 165 (motions

1  filed by defendant LOOMIS).  The government filed responses to those motions on July 7, 2014.

2         4.      The government requires the three additional days because the issues raised in the

3  identified motions are necessarily fact-intensive and have required additional research and investigation.

4         IT IS SO STIPULATED.

5  Dated: July 7, 2014                              BENJAMIN B. WAGNER
                                                    United States Attorney

6

7                                                   /s/ Paul A. Hemesath
                                                    PAUL A. HEMESATH
8                                                   Assistant United States Attorney

9

10  Dated: July 7, 2014                             /s/ Anthony Colombo, Jr.
                                                    ANTHONY COLOMBO, JR.
11                                                  Attorney for PETER WOODARD

12

13  Dated: July 7, 2014                             /s/ Michael N. Pancer
                                                    MICHAEL N. PANCER
14                                                  Attorney for Michael Llamas

15

16                              **FINDINGS AND ORDER**

17         IT IS SO FOUND AND ORDERED this 7th day of July,  2014.

18

19

20                                                  /s/ John A. Mendez
                                                    THE HONORABLE JOHN A. MENDEZ
21                                                  UNITED STATES DISTRICT COURT JUDGE

22

23

24

25

26

27

28