# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )    Case No. 12CR0315-JAM
                             )
            Plaintiff,       )
                             )    ORDER TO MODIFY
     v.                      )    CONDITIONS OF RELEASE
                             )
MICHAEL LLAMAS,              )
                             )
            Defendant.       )
_____)

IT IS HEREBY ORDERED that Mr. Michael Llamas shall be allowed to travel abroad from November 13, 2014 and return on November 25, 2014.  Pre-trial services shall return Mr. Llamas' passport which he is ordered to return to pre-trial services upon his return.  Prior to his travel, Mr. Llamas must provide pre-trial services his itinerary 72 hours prior to his departure and shall maintain e-mail contact with pre-trial services.

Dated: 11/10/2014                    /s/ John A. Mendez
                                     HON. JOHN A. MENDEZ

1