# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL LLAMAS,<br><br>    Defendant. | Case No. 2:12-cr-315-JAM<br><br>AMENDED ORDER TO MODIFY CONDITIONS OF RELEASE |

IT IS HEREBY ORDERED that Mr. Michael Llamas shall be allowed to travel to London, England and Almaty, Kazakhstan for a work trip from April 10, 2015 and return to San Diego, California on April 16, 2015. Pre-trial services shall return Mr. Llamas' passport which he is ordered to return to pre-trial services upon his return. Prior to his travel, Mr. Llamas must provide pre-trial services his itinerary 72 hours prior to his departure and shall maintain e-mail contact with pre-trial services.

Dated: April 9, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE