# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 12CR0315-JAM |
| Plaintiff, ) | |
| ) | ORDER TO MODIFY |
| v. ) | CONDITIONS OF RELEASE |
| MICHAEL LLAMAS, ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that Mr. Michael Llamas shall be allowed to travel abroad from October 7, 2016 and returning October 14, 2016. Pre-trial services shall return Mr. Llamas' passport which he is ordered to return to Pre-trial services upon his return. Prior to his travel, Mr. Llamas must provide pre-trial services his itinerary 72 hours prior to his departure and shall contact Pre-trial services upon his return.

Dated: 10-5-2016

HONORABLE JOHN A. MENDEZ