**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 12CR0315-JAM |
|       Plaintiff, ) | |
| ) | ORDER TO MODIFY |
|   v. ) | CONDITIONS OF RELEASE |
| ) | |
| MICHAEL LLAMAS, ) | |
| ) | |
|       Defendant. ) | |
| _____ ) | |

IT IS HEREBY ORDERED that Mr. Michael Llamas shall be allowed to travel abroad from December 30, 2016 and return January 4, 2017. Pretrial Services shall return Mr. Llamas' passport which he is ordered to return to Pretrial Services upon his return. Mr. Llamas has submitted his itinerary to Pretrial Services, and he is ordered to contact Pretrial Services upon his return.

Dated: 12/28/16                                   /s/ John A. Mendez
                                                         HONORABLE JOHN A. MENDEZ

1