**MICHAEL PANCER, ESQ.**
California State Bar No. 197831
105 West "F" Street, Fourth Floor
San Diego, California 92101-6036
Telephone: 619 236 1826
Facsimile: 619 233 3221
Email: mpancer@hotmail.com

**GUADALUPE VALENCIA, ESQ.**
California State Bar No. 197831
105 West "F" Street, Third Floor
San Diego, California 92101-6036
Telephone: 619 232 2588
Facsimile: 619 232 2158
Email: gvalencialaw@yahoo.com

OFFICES OF

**PAVONE &     FONNER, LLP**

A LAW PARTNERSHIP

**BENJAMIN PAVONE, ESQ.**
**STATE BAR NUMBER 181826**
7676 HAZARD CENTER DRIVE, 5TH FLOOR
SAN DIEGO, CALIFORNIA  92108
TELEPHONE: 619 224 8885
FACSIMILE: 619 224 8886
EMAIL: bpavone@cox.net

ATTORNEYS FOR MICHAEL LLAMAS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES**,<br><br>                    PLAINTIFF,<br>v.<br><br>**MICHAEL LLAMAS**,<br><br>                    DEFENDANT. | **CASE NO.: 2:12-CR-00315-JAM**<br><br>**JOINT MOTION TO CONTINUE LITIGATION DATES FOR DEFENDANT MICHAEL LLAMAS**<br><br>**Dept:** Courtroom 6, 14th floor<br>**Judge:** Hon. John A. Mendez |

COMES NOW, Plaintiff United States, represented by Attorney Paul Hemesath, and Defendant Michael Llamas, represented by Attorney Benjamin Pavone, who agree as follows:

Counsel have conferred regarding a continuance request, they have agreed to vacate the current date scheduled for the Judgment and Sentencing of April 4, 2017, and to continue the case to **May 16, 2017**, for Judgment and Sentencing.

The parties request this continuance for the purpose of conducting further investigation and information gathering, including the production of financial information, bearing on a final sentence recommendation.  New dates:

| | |
|---|---|
| March 7, 2017 | Llamas Information Compliance to Probation |
| March 28, 2017 | Draft Presentence Report |
| April 11, 2017 | Informal Objections to the Presentence Report |
| April 18, 2017 | Final Presentence Report |
| May 2, 2017 | Sentencing Memorandums |
| May 16, 2017 | Judgment and Sentencing Hearing |

So stipulated:

Date: January 26, 2017                                            UNITED STATES ATTORNEYS OFFICE

/s/ Paul Hemesath, Esq.
Assistant United States Attorney

Date: January 26, 2017                                            PAVONE & FONNER, LLP

/s/ Benjamin Pavone, Esq.
Attorney for Defendant Michael Llamas

The stipulation is accepted and so Ordered.

Date: January 26, 2017                                            UNITED STATES DISTRICT COURT

/s/ JOHN A. MENDEZ
Hon. John A. Mendez
Judge Presiding

---

UNITED STATES v. LLAMAS, *et al.*, CASE NO. 2:12-CR-00315-JAM
STIPULATION AND ORDER TO CONTINUE SENTENCING DATES – PAGE 2