# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES**,<br><br>                      **PLAINTIFF,**<br>v.<br><br>**MICHAEL LLAMAS**,<br><br>                      **DEFENDANT.** | **CASE NO.: 2:12-CR-00315-JAM**<br><br>**ORDER CONTINUING DATES FOR JUDGMENT AND SENTENCE**<br><br>**Date:** August 22, 2017<br>**Time:** 9:15 am<br>**Dept:** Courtroom 6, 14th floor<br>**Judge:** Hon. John A. Mendez |

    Based on the parties' stipulated motion, and for good cause shown, the Court continues the dates for judgment and sentence as to Defendant Michael Llamas as follows:

| | |
|---|---|
| Final Presentence Report | June 27, 2017 |
| Sentencing Briefs | August 8, 2017 |
| Judgment and Sentencing Hearing | August 22, 2017, 9:15 am |

Date: April 20, 2017

UNITED STATES DISTRICT COURT

/s/ John A. Mendez_____
Hon. John A. Mendez
Judge Presiding

---

UNITED STATES v. LLAMAS, *et al.*, CASE NO. 2:12-CR-00315-JAM
ORDER CONTINUING SENTENCE HEARING DATE – PAGE 1