# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES**, <br><br> PLAINTIFF, <br> v. <br><br> **MICHAEL LLAMAS**, <br><br> DEFENDANT. | **CASE NO.: 2:12-CR-00315-JAM** <br><br> **ORDER CONTINUING DATE FOR JUDGMENT AND SENTENCE** <br><br> **Date:** December 5, 2017 <br> **Time:** 9:15 am <br> **Dept:** Courtroom 6, 14th floor <br> **Judge:** Hon. John A. Mendez |

Based on the parties' stipulation, and for good cause shown, the Court continues the dates for judgment and sentence as to Defendant Michael Llamas as follows:

| | |
|---|---|
| Sentencing Briefs | November 22, 2017 |
| Judgment and Sentencing Hearing | December 5, 2017, 9:15 am |

Date: September 5, 2017

UNITED STATES DISTRICT COURT

/s/ John A. Mendez
Hon. John A. Mendez