# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　PLAINTIFF,<br>v.<br>MICHAEL LLAMAS,<br>　　　　DEFENDANT. | CASE NO.: 2:12-CR-00315-JAM<br><br>ORDER MODIFYING CONDITIONS OF RELEASE TO RENEW PASSPORT AND TRAVEL ABROAD<br><br>**Sentencing Date:** December 5, 2017<br>**Time:** 9:15 am<br>**Dept:** Courtroom 6, 14th floor<br>**Judge:** Hon. John A. Mendez |

Based on the parties' stipulation, and for good cause shown, the Court permits Defendant Michael Llamas to take possession of his current passport, take the necessary steps to renew it, obtain travel arrangements to fly to Paris, France from approximately October 14, 2017 to October 20, 2017, provide the full itinerary to Ms. Ruiz at pretrial services at least 72 hours in advance of the travel, and upon return,

/
/

deliver the renewed passport back to pretrial services.

IT IS SO ORDERED.

Date: September 27, 2017

UNITED STATES DISTRICT COURT

Hon. John A. Mendez
Judge Presiding