# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES**,

                **PLAINTIFF,**

v.

**MICHAEL LLAMAS**,

                **DEFENDANT.**

**CASE NO.: 2:12-CR-00315-JAM**

**ORDER MODIFYING CONDITIONS OF RELEASE TO PERMIT TRAVEL ABROAD**

**Sentence Date:** December 5, 2017
**Time:** 9:15 am
**Dept:** Courtroom 6, 14th Fl.
**Judge:** Hon. John A. Mendez

      Based on the parties' stipulation, and for good cause shown, the Court permits Defendant Michael Llamas to travel abroad for business to Switzerland, Iceland and Germany, in the approximate window of November 3, 2017 to November 16, 2017, back to New York on or about November 16, 2017 and returning to San Diego on or about November 20, 2017.  Defendant shall provide the full itinerary to pretrial

services at least 72 hours in advance of the travel.

IT IS SO ORDERED.

Date:  10/31/2017                                UNITED STATES DISTRICT COURT

/s/ John A. Mendez
Hon. John A. Mendez
Judge Presiding