MCGREGOR W. SCOTT
United States Attorney
PAUL HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL LLAMAS,<br><br>　　　　　Defendants. | CASE NO. 2:12-CR-00315-JAM<br><br>MOTION TO DISMISS |

　　　Defendant Michael Llamas died on November 5, 2017. Accordingly, the United States moves to dismiss the charges against him, but only as to him, filed in an indictment on September 6, 2012, and in a superseding indictment on May 30, 2013.

Dated: May 7, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ PAUL HEMESATH
　　PAUL HEMESATH
　　Assistant United States Attorney

MOTION TO DISMISS