| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
| | United States Attorney |
| 2 | PAUL HEMESATH |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| | Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00315-JAM |
|---|---|
| Plaintiff, | ORDER TO DISMISS |
| v. | |
| MICHAEL LLAMAS, | |
| Defendant. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the charges against MICHAEL LLAMAS in the indictment (filed on September 6, 2012) and the superseding indictment (filed on May 30, 2013) be dismissed as to MICHAEL LLAMAS only.

Dated: 5/9/2018

/s/ John A. Mendez
The Honorable John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER TO DISMISS