# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> PLAINTIFF, <br><br> vs. <br><br> MICHAEL LLAMAS <br><br> DEFENDANT. | CASE NO. 2:12-CR-00315-JAM |

## PETITION FOR RETURN OF CASH BOND

Comes now Phytosphere Systems, LLC, with business address at 10525 Vista Sorrento Parkway #200, San Diego, CA 92121 ("Petitioner") who deposes and says as follows:

1. That on November 6, 2012, the Petitioner deposited with the Clerk of the Court for the United States District Court for the Eastern District of California, the sum of $100,000, as surety on recognizance of the above named defendant.

2. The condition of the recognizance having been met, Petitioner prays that an Order be entered directing that the Clerk of said Court, return the sum of $100,000 to Petitioner.

3. Petitioner requests that the funds be returned in the following name and at the following address:

**Phillip E. Koehnke, APC, Client Trust Account, PO Box 2025, Carlsbad, CA 92018.**

Phillip E. Koehnke, APC

_____
By: Phillip E. Koehnke
Attorneys for Petitioner

Subscribed and sworn to before me this ___8TH___ day of ___JULY___, 2019.

*See attached form*

_____
(Notary Public/Deputy Clerk Signature)

Page 1 of 2

# CALIFORNIA NOTARIAL CERTIFICATE
# (JURAT)

A notary public or officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Diego

Subscribed and sworn to (or affirmed) before me on this 8th day of July, 2019, by Phillip Eugene Koehnke proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature Teresa V Allen

TERESA V. ALLEN
Notary Public - California
San Diego County
Commission # 2180483
My Comm. Expires Feb 17, 2021

(Seal)

Verified as correct this amount this _____ day of _____, _____.

                                              _____

                                                        (Deputy Clerk Signature)

_____

## **ORDER**

It appearing to the Court that the facts contained in the foregoing Petition are true, the same having been verified by the Clerk of Court.

IT IS ORDERED that the Clerk of the Court, refund to the above Petitioner from the Registry Funds of this Court the sum of $100,000.

IT IS FURTHER ORDERED that the funds be returned in the following name and at the following address: **Phillip E. Koehnke, APC, IOLTA Account, PO Box 2025, Carlsbad, CA 92018.**

Dated: July 26, 2019                            /s/ John A. Mendez
                                                                  HONORABLE JOHN A. MENDEZ
                                                                    United States District Court Judge